An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNY RUBBICO, INDIVIDUALLY AND D/B/A CITY WIDE AGGREGATES, INC.,
Appellants,
vs.
LAS VEGAS WALNUT, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondent.

No. 66320

**FILED**

NOV 1 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 20, 2014, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellants have not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maui K Linda_

cc: Hon. Carolyn Ellsworth, District Judge
Flahive & Associates, Ltd.
Law Offices of John M. Netzorg
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-37984